EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Pedro C. De Jesús Román | 2015 TSPR 149<br><br>194 DPR ____ |

Número del Caso: TS-13,437


Fecha: 5 de noviembre de 2015


Abogada de la Peticionaria:

     Lcda. Carmen I. Navas


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Pedro C. De Jesús Román

TS-13437

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de noviembre de 2015.

Examinada la *Moción en Cumplimiento de Orden y en Solicitud de Reinstalación al Ejercicio de la Abogacía*, se reinstala al Sr. Pedro C. De Jesús Román al ejercicio de la abogacía.

Se le apercibe que en el futuro deberá dar estricto cumplimiento con nuestras órdenes.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo